IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| **SATURN OF MEMPHIS, INC.** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    **v.** | )   No. 2:08-cv-02687 |
| | ) |
| **UNIVERSAL UNDERWRITERS,** | ) |
| **INSURANCE COMPANY** | ) |
| | ) |
|    **Defendant.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME the parties, by and through counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and file this their Stipulation of Dismissal with Prejudice with each party bearing its own costs and expenses.

Respectfully submitted,

/s/ Douglas A. Black
Douglas A. Black
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee  38120
(901) 537-1000
**Attorney for Plaintiff,**
**Saturn of Memphis, Inc.**

<u>/s/ John M. Gillum</u>
John M. Gillum (10230)
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030
(615) 242-4203 (fax)
jgillum@manierherod.com
**Attorney for Defendant**
**Universal Underwriters Insurance Company**

481904                                2