```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```
_____

| | |
|---|---|
| **SATURN OF MEMPHIS, INC.**      ) | |
| )  | |
|     **Plaintiff,**          )  | |
| )  | |
| **v.**                           )  | No. 2:08-cv-02687 |
| )  | |
| **UNIVERSAL UNDERWRITERS,**      )  | |
| **INSURANCE COMPANY**            )  | |
| )  | |
|     **Defendant.**          )  | |

_____

### ORDER OF DISMISSAL
_____

The parties having submitted a Stipulation of Dismissal with Prejudice (Docket Entry 24), wherein Plaintiff dismisses with prejudice each and every claim against Defendant hereto,

It is therefore ORDERED, ADJUDGED, AND DECREED that this cause be and is hereby DISMISSED WITH PREJUDICE in accordance with the Stipulation of Dismissal with Prejudice.  Each party is to bear its own costs and expenses.

SO ORDERED this 4th day of September, 2009.

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE