```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| SATURN OF MEMPHIS, INC.  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. 2:08-cv-02687 |
| ) | |
| UNIVERSAL UNDERWRITERS,  ) | |
| INSURANCE COMPANY  ) | |
| ) | |
| Defendant.  ) | |

## JUDGMENT

The parties having jointly filed a Stipulation of Dismissal with Prejudice in this case (Docket Entry 24),

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice, filed September 2, 2009, this case is DISMISSED WITH PREJUDICE.

APPROVED:


/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

September 4, 2009
Date